■ Lenora Turner et al., Appellants, v City of New York et al., Respondents. [745 NYS2d 921] ■

The jury determination that the defendants were negligent, but that their negligence was not a proximate cause of the accident, was not inconsistent (*see Campbell v Crimi,* 267 AD2d 343; *Gomez v Park Donuts,* 249 AD2d 266; *Miglino v Supermarkets Gen. Corp.,* 243 AD2d 451, 452). In addition, the verdict was supported by a fair interpretation of the evidence (*see Nicastro v Park,* 113 AD2d 129, 134).

The plaintiffs' remaining contentions are without merit. O'Brien, J.P., Friedmann, McGinity and H. Miller, JJ., concur.